# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-02239-001-TUC-JGZ (BGM) |
| Plaintiff, | **ORDER** |
| v. | |
| Jorge Mario Sanchez-Vasquez, | |
| Defendant. | |

Remaining before the Court for determination is whether dismissal of the indictment in this case should be with or without prejudice. Having considered the parties' arguments, the Court will dismiss the indictment without prejudice.

The Court finds no evidence of bad faith in the government's dismissal of the indictment and further finds that dismissal with prejudice is not necessary to remedy the Sixth Amendment violation alleged by the Defendant. Thus, the Court will adopt the Magistrate Judge's report and recommendation to the extent it recommends dismissal without prejudice and will grant the Government's motion for dismissal without prejudice.

//

//

//

FOR THE FOREGOING REASONS, IT IS ORDERED the Motion to Dismiss without prejudice (Amended) (Doc. 59) is GRANTED in full.

IT IS FURTHER ORDERED that the Report and Recommendation (Doc. 57) is adopted in part, to the extent stated in this order.

Dated this 24th day of September, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge